# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# NORTHERN DIVISION

| | | |
|---|---|---|
| SHAWN FLOWERS-BEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:20-CV-00004-RLW |
| | ) | |
| ROBERT WEBSTER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion for a preliminary injunction and temporary restraining order. For the following reasons, plaintiff's motion will be denied.

Plaintiff brings this 42 U.S.C. § 1983 action against medical personnel at Northeast Correctional Center ("NECC"), arising out of his treatment for an inguinal hernia. On February 20, 2020, plaintiff filed a motion for a preliminary injunction and temporary restraining order. In his motion, plaintiff did not seek to enjoin or restrain any of the named defendants in this case. Instead, he named six corrections officials at NECC, and asked the Court to restrain these individuals from harassing him and searching his cell. As plaintiff stated in his attached declaration, however, he was due to be transferred out of NECC and to another Missouri state prison within the month. *See* ECF 5 at 5.

On March 18, 2020, plaintiff wrote to inform the Court that he had been transferred to Farmington Correctional Center ("FCC") in Farmington, Missouri. All of his mail is being sent from the Court to FCC, and his address has been updated in the Court's Case Management/Electronic Case Filing System. Because plaintiff has transferred prisons, and is no

longer subjected to any alleged harassment and cell searches at NECC, his motion for preliminary injunction and temporary restraining order against the officials at NECC has been rendered moot. The Court will deny the motion.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for preliminary injunction and a temporary restraining order **DENIED as moot**. [ECF No. 5]

Dated this 20th day of July, 2020.

_____
RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE