# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# NORTHERN DIVISION

| | | |
|---|---|---|
| SHAWN FLOWERS-BEY, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 2:20-CV-00004-RLW |
| TOMAS CABRERA, et al., | ) ) ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on review of the file. On August 18, 2020, J. Thaddeus Eckenrode, attorney for defendants Dr. Tomas Cabrera, Miguel Paniagua, Mary Chandler, Dr. Karen Rhodes, and Tamra Crouch advised that he could not waive service of process as to defendants Bonnie Brennen and Tamara Anderson because they are no longer employed by Corizon, LLC.[1] The Court will therefore order counsel to submit, under seal and *ex parte*, the last known residential addresses for defendants Bonnie Brennen and Tamara Anderson.

Further, Mr. Eckenrode stated that he could not waive service on behalf of defendants Dr. McCollum and Dr. Kim because they were employed through subcontractors and were not employees of Corizon, LLC. The Court will therefore order counsel to submit, under seal and *ex parte*, the names and addresses of Dr. McCollum and Dr. Kim's employer.

Accordingly,

**IT IS HEREBY ORDERED** that within fourteen days of the date of this Order, attorney J. Thaddeus Eckenrode shall submit to the Court, under seal and *ex parte*, the last known residential addresses for defendants Bonnie Brennen and Tamara Anderson.

---

[1] Initially, Mr. Eckenrode stated he could not waive service on behalf of defendants Dr. Miguel Paniagua and Mary Chandler. On September 1, 2020, however, he waived service on behalf of these defendants.

**IT IS FURTHER ORDERED** that within fourteen days of the date of this Order, attorney J. Thaddeus Eckenrode shall submit to the Court, under seal and *ex parte*, the names and addresses of defendants Dr. McCollum and Dr. Kim's employer.

Dated this 11th day of September, 2020.

_____
RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE