UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| SHAWN FLOWERS-BEY,  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | |
| v.  ) | No. 2:20-CV-0004 RLW |
| ) | |
| TOMAS CABRERA, et al.,  ) | |
| ) | |
| Defendants.  ) | |

# ORDER

This prisoner matter under 42 U.S.C. § 1983 is before the Court on Defendants Cabrera, Paniagua, Rhodes, Anderson, Crouch, Chandler, and Brennen's Motion to Compel (ECF No. 40) filed pursuant to Rule 37(a)(1), Federal Rules of Civil Procedure. Self-represented prisoner Plaintiff Shawn Flower-Bey's response to the Motion to Compel was due December 28, 2020, but Plaintiff has not filed a response.

The Motion to Compel states that the Court issued a Case Management Order (ECF No. 34) on October 9, 2020, which provided that, no later than November 9, 2020, the parties must file Initial Disclosures. Specifically, Plaintiff was to provide "a list, including addresses, of all persons having knowledge or information of the facts giving rise to plaintiff's claim, and all documents that plaintiff believes mention, relate to, or in any way support plaintiff's claim." (Id. ¶ 3). Defendants state they did not receive Plaintiff's Initial Disclosures by November 9, 2020, or thereafter. On November 23, 2020, Defendants attempted to comply with this Court's requirement to confer in person or via telephone prior to the filing of any discovery motion but were unable to do so due to Plaintiff's incarcerated status. Instead, Defendants sent Plaintiff a "Golden Rule" letter reminding him of his obligation to file Initial Disclosures, a copy of which was attached to the Motion to Compel.

Plaintiff's self-represented ("pro se") status does not excuse him from his obligations to comply with Court orders and the Federal Rules of Civil Procedure.  See Soliman v. Johanns, 412 F.3d 920, 922 (8th Cir. 2005) ("Even pro se litigants must comply with court rules and directives."); Lindstedt v. City of Granby, 238 F.3d 933, 937 (8th Cir. 2000) ("A pro se litigant is bound by the litigation rules as is a lawyer, particularly here with the fulfilling of simple requirements of discovery.").

Defendants' Motion to Compel will be granted.

Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion to Compel (ECF No. 40) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff must provide to the Defendants "a list, including addresses, of all persons having knowledge or information of the facts giving rise to plaintiff's claim, and all documents that plaintiff believes mention, relate to, or in any way support plaintiff's claim" no later than **February 8, 2021**.

**Plaintiff's failure to timely and fully comply with this Order may result in the exclusion from evidence of undisclosed information and other appropriate sanctions as contemplated by Fed. R. Civ. P. 37(b)(2)(A)(i)-(vii), including but not limited to dismissal of this action.**

*Ronnie L. White*
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**

Dated this 11th day of January, 2021.